FILED
GREAT FALLS DIV.

2008 SEP 12 PM 2 17

PATRICK E. DUFFY, CLERK
BY _____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# BUTTE DIVISION

| | |
|---|---|
| JAMES LEE LARSON,<br><br>                      Plaintiff,<br><br>vs.<br><br>DR. JENNY HILDEBRENT, DR. MARGRETT KEENE, ED AMBERG, RAY MCMILLON, SHERRY BELL,<br><br>                      Defendants. | No. CV 08-44-BU-SEH<br><br>**ORDER** |

On August 14, 2008, United States Magistrate Judge Keith Strong entered Findings and Recommendation[1] in this matter. Plaintiff did not file objections. No review is required of proposed findings and recommendations to which no objection is made. Thomas v. Arn, 474 U.S. 140, 149-152 (1986). However, this Court will review Judge Strong's Findings and Recommendation for clear error.

Upon review, I find no clear error in Judge Strong's Findings and Recommendation and adopt them in full.

---

[1] Docket No. 9.

ORDERED:

1.   The Complaint[2] is DISMISSED.

2.   The docket shall reflect the filing of this action constitutes one strike under 28 U.S.C. § 1915(g).

3.   A certificate of appealability is DENIED. Any appeal from this disposition will not be taken in good faith due to the frivolous nature of the issues raised.

The Clerk is directed to enter judgment accordingly.

DATED this 12th day of September, 2008.

*/s/ Sam E. Haddon*
SAM E. HADDON
United States District Judge

---

[2] Docket No. 2.